# United States Court of Appeals
## For the First Circuit

No. 20-1953

UNITED STATES OF AMERICA,

Appellee,

v.

DIOVANNI CARTER,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on December 2, 2021, is amended as follows:

On page 2, line 24 and page 3, lines 1-2, change "Carter handed one of his associates a gun while driving the getaway vehicle and instructed his associates to shoot at the police" to be "Carter had given one of his associates a gun before the robbery.  While driving the getaway vehicle, Carter instructed his associates to shoot at the police"